**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

JERMAINE DE'MAUL CATHEY,

      Plaintiff,

v.                                    CIVIL ACTION NO. 3:24-0513

JONATHAN SCOTT TAYLOR,

      Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Jospeh K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Complaint be dismissed and this action be removed from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that the Complaint be **DISMISSED** and this action be **REMOVED** from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                           ENTER:       April 8, 2026

                           ROBERT C. CHAMBERS
                           UNITED STATES DISTRICT JUDGE